# First District Court of Appeal
## State of Florida

_____

No. 1D17-1891

_____

THOMAS O. DAAKE, SR., and
ADELE Z. DAAKE,

    Appellants,

    v.

A.F.A.B. CONTRACTORS, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey Lewis, Judge.

January 4, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John R. Dowd, Jr., Fort Walton Beach, for Appellants.

Stephen E. Syfrett and John W. Roberts, Miramar Beach, for Appellee.